IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3145 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LAVERN PENISKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue disposition hearing (Filing No. 49).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; the disposition hearing on the petition for warrant or summons for offender under supervision (Filing No. 34) is rescheduled for:

**Tuesday, October 23, 2012, at 11:00**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 7th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court